PS-8
8/88

# UNITED STATES DISTRICT COURT

for

# EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION

U.S.A. vs. Brendon Evan Hole            Docket No. 7:11-CR-117-1 BR

### Petition for Action on Conditions of Pretrial Release

COMES NOW Pamela O. Thornton, probation officer of the court, presenting an official report upon the conduct of defendant, Brendon Evan Hole, who was placed under pretrial release supervision by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, sitting in the Court at Wilmington, NC, on the 22nd day of September, 2011, under the following conditions:

- Report to the probation office or supervising officer as directed.

- Maintain or actively seek employment.

- Maintain or commence an educational program.

- Obtain no passport.

- Abide by the following restrictions on personal association, place of abode, or travel: remain in the Eastern District of NC and not travel outside this district without prior approval from the supervising officer.

- Refrain from possessing a firearm, destructive device, or other dangerous weapons.

- Refrain from any use of alcohol.

- Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

- Submit to any testing required by the pretrial services office or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which are required as a condition of release.

Brendon Evan Hole
Docket No. 7:11-CR-117-1
Petition For Action
Page 2

- Participate in a program of inpatient or outpatient substance abuse therapy and counseling if the pretrial services office or supervising officer considers it advisable.

- Shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On October 27, 2011, the offender submitted a urine specimen which revealed a presumptive positive for cocaine. Upon questioning the releasee, he denied using any illegal drugs. The specimen was forwarded to Alere Toxicology Laboratories for confirmation and was later returned confirming the positive result.

**PRAYING THAT THE COURT WILL ORDER** that a hearing be held to determine if the defendant's bond should be revoked.

/s/ Pamela O. Thornton
Senior U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-3958
Phone: 910-815-4857
Executed On: November 30, 2011

**ORDER OF COURT**

Considered and ordered this 30 day of November, 2011, and ordered filed and made a part of the records in the above case.

Robert B. Jones, Jr.
U.S. Magistrate Judge